# EXHIBIT B

## Case Docket, Summons, Proof of Service

Eighth Judicial District Court Case No.
A-26-950144-C

Skip to Main Content Logout My Account Search Menu New District Civil/Criminal Search Refine Search Back Location : District Court Civil/Criminal Help

# Register of Actions

## Case No. A-26-950144-C

**LED Consulting LLC, Plaintiff(s) vs. Candela Corporation, Defendant(s)** § § § § § §

| | |
|---|---|
| Case Type: | **Other Contract** |
| Date Filed: | **06/30/2026** |
| Location: | **Department 31** |
| Cross-Reference Case Number: | **A950144** |

### Party Information

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Candela Corporation** | |
| **Defendant** | **Candela Medical, Inc.** | |
| **Plaintiff** | **LED Consulting LLC** | **Max Kelner**<br>*Retained*<br>702-949-8745(W) |

### Events & Orders of the Court

OTHER EVENTS AND HEARINGS

| | | |
|---|---|---|
| 06/30/2026 | **Complaint** | **Doc ID# 1** |
| | *[1] LED Consulting v Candela Corp Civil Complaint* | |
| 06/30/2026 | **Summons Electronically Issued - Service Pending** | **Doc ID# 2** |
| | *[2] LED Consulting v Candela Corp Summons* | |
| 07/02/2026 | **Summons Electronically Issued - Service Pending** | **Doc ID# 3** |
| | *[3] Summons* | |

### Financial Information

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** LED Consulting LLC | | | |
| | Total Financial Assessment | | | 270.00 |
| | Total Payments and Credits | | | 270.00 |
| | **Balance Due as of 08/20/2026** | | | **0.00** |
| 07/01/2026 | Transaction Assessment | | | 270.00 |
| 07/01/2026 | Efile Payment | Receipt # 2026-52172-CCCLK | LED Consulting LLC | (270.00) |

Electronically Issued
7/2/2026 10:36 AM

SUMM
Max Kelner, Esq.
Nevada Bar #16557
9173 Weeping Hollow Ave.
Las Vegas, NV 89178
(714)-357-1831
max@maxkelnerlaw.com
*Attorney for Plaintiff*

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

**LED CONSULTING LLC**, a Nevada limited liability company,

Plaintiff,

-vs-

**CANDELA CORPORATION**, a Delaware corporation; **CANDELA MEDICAL, INC.**, a Delaware corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No. A-26-950144-C

Dept No. 31

## SUMMONS - CIVIL

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 21 days after this Summons is served on you, exclusive of the day of service, you must do the following:

(a) File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

(b) Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and failure to so respond will result in a judgment of default against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

TIMOTHY F. ANDREWS
~~STEVEN D. GRIERSON~~
CLERK OF COURT

By: _____________ 7/6/2026
Deputy Clerk Date
Yesica Cera Yanez
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

Submitted by:

*/s/ Max Kelner, Esq.*
Max Kelner, Esq.
Nevada Bar #16557
9173 Weeping Hollow Ave.
Las Vegas, NV 89178
(714)-357-1831
max@maxkelnerlaw.com
*Attorney for Plaintiff*

**NOTE: When service is by publication, add a brief statement of the object of the action. See Nevada Rules of Civil Procedure 4(b).**

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
07/31/2026
CT Log Number 552929514

## Service of Process Transmittal Summary

**TO:** ROB BLOOD, EXEC VP,CLO & GC
CANDELA CORPORATION
251 LOCKE DR
MARLBOROUGH, MA 01752-7220

**RE:** **Process Served in Massachusetts**

**FOR:** Candela Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LED CONSULTING LLC, a Nevada limited liability company vs. Candela Corporation |
| **CASE #:** | A26950144C |
| **PROCESS SERVED ON:** | C T Corporation System, Boston, MA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 07/31/2026 at 11:56 |
| **JURISDICTION SERVED:** | Massachusetts |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, ROB BLOOD robb@syneron-candela.com<br>Email Notification, Lorna Riley-Surratt lornar@candelamedical.com<br>Email Notification, Adam Weinstein adamw@candelamedical.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>155 Federal Street<br>Suite 700<br>Boston, MA 02110<br>866-539-8692<br>CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Jul 31, 2026
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | CANDELA CORPORATION |
| Case Number | A-26-950144-C |
| Jurisdiction | MA |

| Inserts | | |
|---|---|---|
| | | |