# EXHIBIT C

## Massachusetts Secretary of State Business Entity Summary for Candela Corporation

**Secretary of the Commonwealth of Massachusetts**
William Francis Galvin

## Business Entity Summary

**ID Number: 042477008**

Request certificate | New search

**Summary for: CANDELA CORPORATION**

**The exact name of the Foreign Corporation:** CANDELA CORPORATION

**The name was changed from:** CANDELA LASER CORPORATION **on** 03-23-1999
**The name was changed from:** CANDELA CORPORATION **on** 05-28-1986

**Merged with** **CANDELA CORPORATION, INC.** **on** 07-01-1985

**Entity type:** Foreign Corporation

**Identification Number:** 042477008 **Old ID Number:** 000113569

**Date of Registration in Massachusetts:** 07-29-1985 **Date of Reinstatement:**

**Last date certain:**

**Organized under the laws of: State:** DE **Country:** USA **on:** 08-22-1984

**Current Fiscal Month/Day:** 12/31 **Previous Fiscal Month/Day:** 06/30

**The location of the Principal Office:**

Address: 251 LOCKE DRIVE
City or town, State, Zip code, Country: MARLBOROUGH, MA 01752 USA

**The location of the Massachusetts office, if any:**

Address:
City or town, State, Zip code, Country:

**The name and address of the Registered Agent:**

Name: C T CORPORATION SYSTEM
Address: 155 FEDERAL ST., SUITE 700
City or town, State, Zip code, Country: BOSTON, MA 02110 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| TREASURER | MARK TOMPKINS | 251 LOCKE DRIVE MARLBOROUGH, MA 01752 USA |
| SECRETARY | ROBERT BLOOD | 251 LOCKE DRIVE MARLBOROUGH, MA 01752 USA |
| CEO | GEOFFREY CROUSE | 251 LOCKE DRIVE MARLBOROUGH, MA 01752 USA |
| CFO | KENNETH THOMAS BAILEY | 251 LOCKE DRIVE MARLBOROUGH, MA 01752 USA |
| ASSISTANT SECRETARY | ANDREW SHACT | 251 LOCKE DRIVE MARLBOROUGH, MA 01752 USA |
| DIRECTOR | MARK TOMPKINS | 251 LOCKE DRIVE MARLBOROUGH, MA 01752 USA |
| DIRECTOR | GEOFFREY CROUSE | 251 LOCKE DRIVE MARLBOROUGH, MA 01752 USA |

**Business entity stock is publicly traded:** ☑

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

View filings

**Comments or notes associated with this business entity:**

New search