# EXHIBIT A

## Purchase Agreement

## 2015

530 Boston Post Road, Wayland MA 01778
Phone (508) 358-7400, Fax: (508) 358-5569

SYNERON CANDELA
Science. Results. Trust.

**Quote Date:** 09-25-2015
**Expiration Date:** 09-30-2015
**Salesperson:** James Kammeyer,

**Quote#:** 00006600

## Candela Purchase Agreement

**Prepared For:**
Led Consulting LLC
8665 West Flamingo Rd.
Las Vegas, Nevada 89147
United States

**Ship To:**
Led Consulting LLC
8665 West Flamingo Rd.
Las Vegas,Nevada 89147
United States

**Contact:** Michael Song – **Phone:** (702) 767-6512 – **Email Address:** msong@gmail.com

| Product | Description | Qty | Price | Discount | Net Price |
|---|---|---|---|---|---|
| 9914-00-9035 | GentleMax Pro System w/DCD & Standard 1 year warranty | 1 | $120,900.00 | -$45,000.00 | $75,900. |
| | | Total: | $120,900.00 | -$45,000.00 | $75,900. |
| | | | | MDET: | $1,309. |
| | | | | Freight: | $995. |
| | | | | **Subtotal before Sales Tax:** | **$78,204.** |
| | | | | Sales Tax: | $6,147. |
| | | | | **Grand Total:** | **$84,352.** |

**Special Instructions**

**Payment Terms*:** Standard 25% Down Net 30 **Payment Notes*:**
*SUBJECT TO CREDIT APPROVAL
**Shipping Terms:** FCA Shipping Point Prepaid

**The undersigned parties agree that any purchase of any Equipment or Services pursuant to this Quote will be subject to Synero Candela's Purchase Agreement and standard Terms and Conditions of Sale. THIS QUOTATION EXPIRES ON Quote 09-30-201 PRICES QUOTED ABOVE ARE SUBJECT TO CHANGE AFTER THAT DATE. THIS QUOTATION WILL BE GOVERNED BY AN CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF MASSACHUSETTS, WITHOUT REGARD TO ITS CONFLICTS O LAW RULES.**

**CANDELA CORPORATION**

Name: __________

Signature: __________

Title: __________

Date: __________

Regional Manager: __________

**CUSTOMER NAME**

Name: Michael Song

Signature: [signature]

Title: owner

Date: 10/7/15

530 Boston Post Road, Wayland MA 01778
Phone (508) 358-7400, Fax: (508) 358-5569

SYNERON CANDELA
Science. Results. Trust.

**For:**
Led Consulting LLC
8665 West Flamingo Rd.
Las Vegas, Nevada 89147
United States

**Syneron Candela Quote #:** 00006600

**Salesperson:** James Kammeyer

## PURCHASE AGREEMENT

By signing below, the Purchaser hereby acknowledges that Purchaser is entering into a binding contract (this "Agreement") to purchase the equipment/services described below. This Agreement includes and incorporates by reference Syneron Candela's then-current Terms and Conditions of Sale ("Terms and Conditions of Sale"). If the Purchaser is a corporation, partnership or any other entity, then the individual signing below hereby represents that he/she is authorized to enter into this Agreement on behalf of the Purchaser.

| Product | Description | Qty | Price | Discount | Net Pric |
|---|---|---|---|---|---|
| 9914-00-9035 | GentleMax Pro System w/DCD & Standard 1 year warranty | 1 | $120,900.00 | -$45,000.00 | $75,900 |
| | | **Total:** | **$120,900.00** | **-$45,000.00** | **$75,900** |
| | | | | MDET: | $1,309 |
| | | | | Freight: | $995 |
| | | | | **Subtotal before Sales Tax:** | **$78,204** |
| | | | | Sales Tax: | $6,147 |
| | | | | **Grand Total:** | **$84,352** |

**Payment Terms*: Standard 25% Down Net 30 Payment Notes*:**
***SUBJECT TO CREDIT APPROVAL**

The Purchaser is solely responsible for payment in full within the timeframe stated above. The Purchaser understands that Syneron Candela may ship the equipment upon receipt of this signed Agreement and the Purchaser agrees to accept delivery, further agreeing to make payment within the required timeframe. **The Purchaser hereby acknowledges that Purchaser has received, reviewed, understands and accepts Syneron Candela's Terms and Conditions of Sale.** All other warranties not specifically stated therein are expressly disclaimed. **THIS IS AN IRREVOCABLE AGREEMENT. YOU MAY NOT CANCEL OR TERMINATE THIS AGREEMENT, NOR REQUEST A REFUND NOR SEEK TO RETURN THE EQUIPMENT ONCE YOU HAVE SIGNED THIS AGREEMENT. PLEASE READ THIS AGREEMENT CAREFULLY BEFORE SIGNING.**

**CANDELA CORPORATION**

Name: ____________________
Signature: ____________________
Title: ____________________
Date: ____________________

**PURCHASER CORPORATE NAME**

Name: LED Consulting LLC
Signature: [signature]
Title: Owner
Date: 10/8/15
Purchaser EIN: 273 590 343

**MEDICAL DIRECTOR**

Name: Michael Braunstein
Signature: [signature]
Date: 10/8/15
State Medical License No. 3143
State: Nevada