# EXHIBIT B

## Purchase Agreement

## 2019

DocuSign Envelope ID: 2E08866B-196A-4FA3-9E39-21ADBC928176

*530 Boston Post Road, Wayland MA 01778*
*Phone (508) 358-7400, Fax: (508) 358-5569*

SYNERON CANDELA®
Science. Results. Trust.

**Quote Date:** 12-31-2019
**Expiration Date:** 12-31-2019
**Salesperson:** Steve Dao

**Quote#:** 00050801

## Syneron-Candela Purchase Agreement

**Prepared For:**
Led Consulting LLC
8665 West Flamingo Rd., Suite 109
Las Vegas, Nevada 89147
United States

**Ship To:**
Led Consulting LLC
8665 West Flamingo Rd., Suite 109
Las Vegas,Nevada 89147
United States

**Contact:** Michael Song – **Phone:** (702) 767-6512 – **Email Address:** eliran890@gmail.com

| Product | Description | Qty | List Price | Sales Price |
|---|---|---|---|---|
| 9914-00-9035 | GentleMax Pro System w/DCD & Standard 1 year warranty | 1 | $120,900.00 | $61,898.38 |
| | | **Total:** | **$120,900.00** | **$61,898.38** |
| | | | Freight: | $995.00 |
| | | | **Subtotal before Sales Tax:** | **$62,893.38** |
| | | | Estimated Sales Tax*: | $5,106.62 |
| | | | **Estimated Grand Total*:** | **$68,000.00** |

**Special Instructions**
- Client to receive special consideration pricing due to previous purchase/loyalty, and bundle purchase.

* Sales Tax is an estimate, based on customer information provided in the quote. Actual Sales Tax will be calculated based on final delivery address of the product and/or service and will be fully assessed on the invoice to customer.

**Payment Terms*: Standard 25% Down Net 30**
**Payment Notes*:**
***Subject to Syneron Candela Finance review**
**Shipping Terms:**

SYNERON CANDELA

Science. Results. Trust.

530 Boston Post Road, Wayland MA 01778
Phone (508) 358-7400, Fax: (508) 358-5569

**The undersigned parties agree that any purchase of any Equipment or Services pursuant to this Quote will be subject to Syneron Candela's Purchase Agreement and standard Terms and Conditions of Sale. THIS QUOTATION EXPIRES ON Quote 12-31-2019. PRICES QUOTED ABOVE ARE SUBJECT TO CHANGE AFTER THAT DATE. THIS QUOTATION WILL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF MASSACHUSETTS, WITHOUT REGARD TO ITS CONFLICTS OF LAW RULES.**

| CANDELA CORPORATION | | CUSTOMER NAME | |
|---|---|---|---|
| Name: | | Name: | Michael Song |
| Signature: | | Signature: | DocuSigned by: Michael Song B851E21D88734B3 |
| Title: | | Title: | Owner |
| Date: | | Date: | 31 December 2019 |
| Regional Manager: | | | |

30 Boston Post Road, Wayland MA 01778
Phone (508) 358-7400, Fax: (508) 358-5569

SYNERON CANDELA
Science. Results. Trust.

**For:**
Led Consulting LLC
8665 West Flamingo Rd., Suite 109
Las Vegas, Nevada 89147
United States

**Syneron Candela Quote #:** 00050801
**Salesperson:** Steve

## PURCHASE AGREEMENT

By signing below, the Purchaser hereby acknowledges that Purchaser is entering into a binding contract (this "Agreement") to purchase the equipment/services described below. This Agreement includes and incorporates by reference Syneron Candela's then-current Terms and Conditions of Sale ("Terms and Conditions of Sale"). If the Purchaser is a corporation, partnership or any other entity, then the individual signing below hereby represents that he/she is authorized to enter into this Agreement on behalf of the Purchaser.

| Product | Description | Qty | List Price | Sales Price |
|---|---|---|---|---|
| 9914-00-9035 | GentleMax Pro System w/DCD & Standard 1 year warranty | 1 | $120,900.00 | $61,898.38 |
| | | **Total:** | **$120,900.00** | **$61,898.38** |
| | | | Freight: | $995.00 |
| | | | **Subtotal before Sales Tax:** | **$62,893.38** |
| | | | Estimated Sales Tax*: | $5,106.62 |
| | | | **Estimated Grand Total*:** | **$68,000.00** |

*Sales Tax is an estimate, based on Purchaser information provided. Actual Sales Tax will be calculated based on final delivery address of the product and/or service and will be fully assessed on the invoice to Purchaser.

**Payment Terms*: Standard 25% Down Net 30**
**Payment Notes*:**
***Subject to Syneron Candela Finance review**

DocuSign Envelope ID: 2E08866B-196A-4FA3-9E39-21ADBC928176

530 Boston Post Road, Wayland MA 01778
Phone (508) 358-7400, Fax: (508) 358-5569

The Purchaser is solely responsible for payment in full within the timeframe stated above. The Purchaser understands that Syneron Candela may ship the equipment upon receipt of this signed Agreement and the Purchaser agrees to accept delivery, further agreeing to make payment within the required timeframe. **The Purchaser hereby acknowledges that Purchaser has received, reviewed, understands and accepts Syneron Candela's Terms and Conditions of Sale available at https://syneron-candela.com/na/content/terms-and-conditions-sale.**
All other warranties not specifically stated therein are expressly disclaimed. **THIS IS AN IRREVOCABLE AGREEMENT. YOU MAY NOT CANCEL OR TERMINATE THIS AGREEMENT, NOR REQUEST A REFUND NOR SEEK TO RETURN THE EQUIPMENT ONCE YOU HAVE SIGNED THIS AGREEMENT. PLEASE READ THIS AGREEMENT CAREFULLY BEFORE SIGNING.**

| **CANDELA CORPORATION** | | **PURCHASER CORPORATE NAME** | |
|---|---|---|---|
| **Name:** | | **Name:** | Led Consulting LLC |
| **Signature:** | | **Signature:** | DocuSigned by: Michael Song B851E21D88734B3... |
| **Title:** | | **Title:** | Owner |
| **Date:** | | **Date:** | 31 December 2019 |
| | | **Purchaser EIN:** | 273590343 |