# EXHIBIT A

## Declaration of Robert Blood

**DECLARATION OF ROBERT BLOOD IN SUPPORT OF CANDELA CORPORATION'S MOTION TO TRANSFER**

Robert Blood declares as follows:

1. I serve as the Executive Vice President, Chief Legal Officer, and General Counsel of Candela Corporation, a defendant in this matter. I submit this declaration in support of this Motion of Transfer ("Motion") pursuant to Fed. R. Civ. P. 12(b)(2) to dismiss the Complaint filed by LED Consulting ("Plaintiff"). I have personal knowledge of the following facts stated herein.

2. Candela Corporation ("Candela") is a Delaware corporation formed in 1984.

3. Candela maintains its headquarters and principal place of business in Massachusetts.

4. Candela sold Plaintiff a GentleMax Pro System with DCD with a standard one year warranty in 2015. A true and correct copy of the Purchase Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit B.

5. Candela sold Plaintiff a second GentleMax Pro System with DCD with a standard one year warranty in 2019. A true and correct copy of the Purchase Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit C.

6. Candela sold Plaintiff a third GentleMax Pro System with DCD with a standard one year warranty in 2021. A true and correct copy of the Purchase

Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit D.

7. Each of the Purchase Agreements incorporated Candela's then-current Terms and Conditions of Sale. A true and correct copy of the Purchase Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit E.

8. Following the expiration of the standard one-year warranty, LED Consulting entered into Service Agreements for each of the devices. Each Service Agreement covers a two-year period for a specific device identified by the last four or five digits of the Service Agreement Number.

9. Device 3994 was covered by Service Agreement Number S3988-D3994 from July 20, 2022–July 19, 2024. A true and correct copy of this Service Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit F.

10. Device 13505 was covered by Service Agreement Number S3988-D13505. A true and correct copy of this Service Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit G.

11. Device 10937 was covered by Service Agreement Number W3988-D10937 from July 20, 2022–July 19, 2024. A true and correct copy of this Service Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit H.

12. Device 16452 was covered by Service Agreement Number W3988-D16452 from October 14, 2022–October 13, 2024. This device was

provided to the Plaintiff as a replacement for Device 13505. A true and correct copy of this Service Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit I.

13. Device 3994 was covered by Service Agreement Number T3988-D3994 from January 11, 2025–January 10, 2027. A true and correct copy of this Service Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit J.

14. Device 10937 was covered by Service Agreement Number T3988-D10937 from January 11, 2025–January 10, 2027. A true and correct copy of this Service Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit K.

15. Device 16452 was covered by Service Agreement Number W3988-D16452 from January 11, 2025–January 10, 2027. A true and correct copy of this Service Agreement maintained in the ordinary course of Candela's business is attached to the Motion at Exhibit L.

I declare under the penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Executed on 8/28/2026 in Marlborough, Massachusetts.

Signed by:
Robert Blood
50FB0B11BC61441...
ROBERT BLOOD