# EXHIBIT D

## Purchase Agreement

## 2021

CANDELA™
Science. Results. Trust.

# PURCHASE AGREEMENT # 00084631

**Bill To:**
Led Consulting LLC

8665 West Flamingo Rd., Suite 109
Las Vegas, Nevada 89147
United States

**Ship To:**
Led Consulting LLC

8665 West Flamingo Rd., Suite 109
Las Vegas, Nevada 89147
United States

Created Date:05-13-2021
Valid until:05-19-2021

**Salesperson:** Steve Dao

**Contact:** Michael Song
– **Phone:** (702) 767-6512
– **Email Address:** eliran890@gmail.com

Customer's Initial here M.S

By signing below, the Purchaser hereby acknowledges that Purchaser is entering into a binding contract (this "Agreement") to purchase the equipment/services described below. This Agreement includes and incorporates by reference Candela's then-current Terms and Conditions of Sale ("Terms and Conditions of Sale"). If the Purchaser is a corporation, partnership, or any other entity, then the individual signing below hereby represents that he/she is authorized to enter into this Agreement on behalf of the Purchaser.

| Product | Description | Qty | List Price | Sales Price |
|---|---|---|---|---|
| 9914-00-9035 | GentleMax Pro System w/DCD & Standard 1 year warranty | 1 | $120,900.00 | $68,500.00 |
| 1600-00-0219 | GentleCool PRO DCD Cryogen/15 Pack | 1 | $449.00 | $0.00 |
| | | **Total:** | **$121,349.00** | **$68,500.00** |
| | | | Freight: | $1,495.00 |
| | | | **Subtotal before Sales Tax:** | **$69,995.00** |
| | | | Estimated Sales Tax*: | $5,736.88 |
| | | | **Estimated Grand Total*:** | **$75,731.88** |

*Sales Tax is an estimate, based on Purchaser information provided. Actual Sales Tax will be calculated based on final delivery address of the product and/or service and will be fully assessed on the invoice to Purchaser.

**Payment Terms*: 25%DepNet30**
**Payment Notes*:**
***Subject to Candela Finance review**
**Shipping Terms: FCA Shipping Point Prepaid**

| Special Instructions |
|---|
| - Client is receiving deeply discounted price due to previous 2x purchases, and new pricing limits in 2021 |
| - Client has requested to receive ONLY the 18mm Distance Gauges (in same volume of others) with order fulfillment |
| - Client has requested to receive ONLY the "green" goggles, and not the "red" ones |

CANDELA
Science. Results. Trust.

**Purchase Agreement #: 00084631**

The Purchaser is solely responsible for payment in full within the timeframe stated above. The Purchaser understands that Candela may ship the equipment upon receipt of this signed Agreement and the Purchaser agrees to accept delivery, further agreeing to make payment within the required timeframe. **The Purchaser hereby acknowledges that Purchaser has received, reviewed, understands and accepts Candela's Terms and Conditions of Sale available at https://candelamedical.com/na/syneron-candela-terms-and-conditions-sale.**

All other warranties not specifically stated therein are expressly disclaimed. **THIS IS AN IRREVOCABLE AGREEMENT. YOU MAY NOT CANCEL OR TERMINATE THIS AGREEMENT, NOR REQUEST A REFUND NOR SEEK TO RETURN THE EQUIPMENT ONCE YOU HAVE SIGNED THIS AGREEMENT. PLEASE READ THIS AGREEMENT CAREFULLY BEFORE SIGNING.**

| **CANDELA CORPORATION** | | **PURCHASER CORPORATE NAME** | |
|---|---|---|---|
| **Name:** | | **Name:** | Led Consulting LLC |
| **Signature:** | | **Signature:** | [signature] |
| **Title:** | | **Title:** | owner |
| **Date:** | | **Date:** | 5/24/21 |
| | | **Purchaser EIN:** | |

**Personal Guarantee** - By signing below, the undersigned individual, as a principal of Purchaser, acknowledges that such individual will benefit personally from the consummation of the Purchase Agreement including payment terms, and that in consideration of such anticipated personal benefit, the undersigned individual personally, irrevocably and unconditionally guarantees all payment obligations of Purchaser under the Purchase Agreement. Death or incompetence shall not revoke this guarantee and the undersigned waives presentment, demand for payment, and notice of dishonor or nonpayment. Company shall not be required to first resort to Purchaser or other persons or their properties for the Purchaser's payment obligations, or first to enforce, realize upon or exhaust any collateral or security for the payment obligations, before enforcing this Guarantee. This Guarantee cannot be revoked by the undersigned prior to the time all amounts, interest and other compensation due under the Purchase Agreement by the Purchaser has been paid in full to, and received by, Company. In the event Purchaser breaches its payment obligations under the Purchase Agreement, the undersigned shall be liable for any and all damages caused by such breach whether in law or equity, including attorneys' fees and cost of enforcing the Purchase Agreement and this Guarantee. The undersigned expressly waives all legal and equitable defenses to this Guarantee.

| | | | |
|---|---|---|---|
| **Guarantor's Signature:** | | **Guarantor's Printed Name:** | |
| **Title:** | | **Social Security No.:** | |
| **Date:** | | | |